IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IRON HORSE ENERGY SERVICES, INC.,   )
          )
    Plaintiff,       )
          )
v.          )   No. 1:18-cv-02554-JDB-jay
          )
SOUTHERN CONCRETE PRODUCTS, INC.,   )
          )
    Defendant.      )

_____

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS COMPLAINT,
PLAINTIFF'S MOTION TO DENY OR STRIKE MOTION TO DISMISS COMPLAINT, AND
PLAINTIFF'S MOTION FOR LEAVE TO REPLY

_____

Pending on the Court's docket are the Defendant's August 8, 2019, motion to dismiss the complaint (Docket Entry ("D.E.") 38), the Plaintiff's August 29, 2019, motion to deny or strike the motion to dismiss the complaint (D.E. 44), and the Plaintiff's September 12, 2019, motion for leave to reply (D.E. 55). On September 20, 2019, the Plaintiff filed an amended complaint. (D.E. 63.) As "[a]n amended complaint supersedes an earlier complaint for all purposes," *In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), the enumerated motions are now moot and are DENIED on that basis.

IT IS SO ORDERED this 23rd day of September 2019.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE